UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRANSTEXAS GAS CORPORATION, | § | CASE NO. 99-21550 |
| | § | |
| | § | |
| Debtor. | § | |

MOTION OF TRANSTEXAS GAS CORPORATION
FOR ENTRY OF FINAL DECREE
WITH RESPECT TO THE CHAPTER 11 CASE

TransTexas Gas Corporation (the "Debtor") as the debtor and debtor in possession in the in the above captioned case, by and through its undersigned counsel, hereby moves this Court (the "Motion"), pursuant to sections 350 and 105(a) of the Bankruptcy Reform Act of 1978, as codified in title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of a final decree closing the chapter 11 case, filed on April 19, 1999, in the United States Bankruptcy Court for the District of Delaware, and transferred to the United States District Court for the Southern District of Texas, Corpus Christi Division, on May 20, 1999 (the "Case"). In support hereof the Debtor respectfully represents as follows:

## JURISDICTION AND VENUE

1.  This Court has jurisdiction to entertain this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicates for the relief requested herein are sections 350 and 105(a) of the Bankruptcy Code, and Rule 3022 of the

#40876

Bankruptcy Rules.

## BACKGROUND

2. On April 19, 1999 (the "Petition Date"), the Debtor commenced its reorganization case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. The Debtor continued in possession of its respective properties and operated its businesses, as a debtor-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code, through the effective date of confirmation of the Chapter 11 Plan of Reorganization Proposed (the "Plan").

## RELIEF REQUESTED

4. By this Motion, the Debtor is seeking to close the Case which has been fully administered, pursuant to sections 350 and 105(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules.

## ARGUMENT

5. Section 350(a) of the Bankruptcy Code states: "After an estate is fully administered, and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a).

6. Rule 3022 of the Bankruptcy Rules provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

7. As of the date hereof, the Plan has been confirmed. The Debtor has substantially consummated the Plan and distributions thereunder have been made.

8. As contemplated and required by the Order confirming the Plan dated March 14,

#40876 2

2000 (the "Confirmation Order"), all documents and agreements necessary to implement and complete the Plan were executed in accordance with the terms of the Plan and Confirmation Order.

9. Four (4) ongoing adversary proceedings are currently ongoing in the Case. They include: (i) *Chanoco Corp., et al. v. TransTexas Gas Corporation, et al.*, adv. pro. no. 99-02220; (ii) *Chanoco Corp., et al. v. TransTexas Gas Corporation, et al.*, adv. pro. no. 99-02217; (iii) *Carson Energy Inc., et al. v. TransTexas Gas Corporation, et al.*, adv. pro. no. 99-02218; and (iv) *TransTexas Gas Corporation, et al. v. Forecenergy Onshore Inc, et al.*, adv. pro. no. 01-02011 (collectively, the "Adversary Proceedings").

10. All expenses arising from the administration of these Cases, including court fees, professional fees, and expenses, have been paid.

11. Other than the Adversary Proceedings, all motions, contested matters, and other proceedings, which were before this Court have been resolved, other than this Motion.

## NO PRIOR REQUEST

12. No prior request for the relief sought in this Motion has been made to this or any other court.

#40876                                              3

WHEREFORE, the Debtor respectfully requests that this Court enter a final decree, substantially in the form annexed hereto, closing this Case and grant such further relief as is just and proper.

Dated: September 13, 2004

                                  Respectfully submitted,

                                  **GREENBERG TRAURIG, LLP**

                                  Michelle A. Mendez
                                  Texas Bar No. 13932960
                                  mendezm@gtlaw.com
                                  John K. Turner
                                  Texas Bar No. 00788563
                                  turnerj@gtlaw.com
                                  13155 Noel Road, Suite 600
                                  Dallas, Texas 75240
                                  (972) 419-1250
                                  (972) 419-1251 (fax)

                                  **COUNSEL FOR TRANSTEXAS GAS CORPORATION**

#40876

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing Motion of TransTexas Gas Corporation for Entry of a Final Decree with Respect to the Chapter 11 Cases, were forwarded to the parties whose names and addresses appear on the attached service list, via first class United States Mail, postage prepaid, on the 13th day of September 2004.

Michelle A. Mendez

#40876

In re TransTexas Gas Corporation
Case No. 99-21550

TransAmerican Energy Corporation, et al.
c/o Philip D. Devlin
National Energy Group
4925 Greenville Avenue, Suite 1400
Dallas, TX 75206

Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

ABB Combustion Engineering Systems
David H. Simpson
2000 Day Hill Road
Windsor, CT 06095

ADP Investor Communication Services, Inc.
51 Mercedes Drive
Edgewood, NY 11717

Almare di Navigazione SPA
c/o Tisdale & Lemon
10 Spruce Street
Southport, CT 06490

American Petroleum Institute
PO Box 1327
Merrifield, VA 22116

Anitra Morris
c/o James E. Cazalot, Jr.
1001 Howard Avenue, Suite 4201
New Orleans, LA 70113

Belco Technologies Corporation
7 Entin Road
Parsippany, NJ 07054

Bruce Applegarth
c/o Harry A. Burglass
4437 Orleans Blvd.
Jefferson, LA 70121

Butler & Binion LLP
1000 Louisiana, Suite 1600
Houston, TX 77002

C.H. Heist Corp.
45 Anderson Road
Buffalo, NY 14225

C.V. Harold Rubber Co., Inc.
4431 Euphrosine Street
New Orleans, LA 70125

CCS Industrial Sales, Inc.
c/o Fletcher W. Cochran
1400 A. Gause Blvd.
Slidell, LA 70458

CT Corporation System
c/o Alan D. Budman
1150 Old York Road, 2nd Floor
Abington, PA 19001

Caplin & Drysdale Chartered
One Thomas Circle, NW
Washington, DC 20005

Charles T. Kerner
Barbara Kerner, et al.
c/o Steven Gordon
PO Box 31900-231
Houston, TX 77231-1900

Chas S. Lewis & Co., Inc.
SL Schaeffer
8625 Grant Road
St. Louis, MO 63123

Chemcentral New Orleans
333 River Road
Jefferson, LA 70121

Clarage
245 Center Street N
Birmingham, AL 35204

Clean Air Engineering, Inc.
500 W. Wood Street
Palatine, IL 60067

Colorado County Central Appraisal Dist.
c/o Chris Stein
Gates, Stein & Prause
PO Box 458
Columbus, TX 78934

Commonwealth of Massachusetts
Dept. of Revenue
51 Sleeper Street, 3rd Floor
Boston, MA 02210

Conam Inspection, Inc.
192 International Blvd.
Glendale Heights, IL 60139

Crosfield Catalysts
4099 W. 71st Street
Chicago, IL 60629

David R. Cullen
PO Box 368
Jamesport, NY 11947

Deep South Crane & Rigging
15324 Airline Highway
Baton Rouge, LA 70817

Ed Smiths Stencil Works
326 Camp Street
New Orleans, LA 70130

| | | |
|---|---|---|
| Entex Gas Marketing Company<br>Robert W. Claude<br>PO Box 2628<br>Houston, TX 77252-2628 | Expansion Joint Systems, Inc.<br>PO Box 711288<br>Santee, CA 92072-1288 | Fair Engineering Sales, Inc.<br>2022 Tamrest Court<br>Mandeville, LA 70448 |
| First Union National Bank<br>c/o d. Michael Dalton<br>700 Louisiana, Suite 1900<br>Houston, TX 77002 | Firstar Bank NA<br>Attn: Frank P. Leslie III<br>101 E. Fifth Street<br>St. Paul, MN 55101 | Flexitallic<br>6915 Highway 225<br>Deer Park, TX 77216-0711 |
| Frost National Bank Trustee<br>PO Box 1600<br>San Antonio, TX 78296 | GEA Rainey Corporation<br>5202 W. Channel Road<br>Catoosa, OK 74015 | General Mill Supplies, Inc.<br>PO Box 23587<br>New Orleans, LA 70183 |
| George Singleton<br>c/o James E. Cazalot, jr.<br>1001 Howard Avenue, Suite 4201<br>New Orleans, LA 70113 | Glencore Ltd.<br>c/o Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 | HVAC of Houston<br>Joe S. Maida<br>5100 Westheimer, Suite 115<br>Houston, TX 77056-5507 |
| Harbison Walker Refractories Co., Inc.<br>600 Grant Street, 51st Floor<br>Pittsburgh, PA 15219 | Harmony Corporation<br>PO Box 2750<br>Baton Rouge, LA 70821 | Hartzell Fan, Inc.<br>Attn: Charles Pelitier<br>PO Box 919<br>Piqua, OH 45356-0919 |
| Heat Transfer Equipment Co.<br>PO Box 580638<br>Tulsa, OK 74158 | Heavy Duty Parts & Equipment, inc.<br>PO Box 66315<br>Baton Rouge, LA 70896 | Highland Fabricators, Inc.<br>PO Drawer 545<br>Reserve, LA 70084 |
| Hymels Auto Parts & Service, Inc.<br>501 E. Airline Highway<br>La Place, LA 70068 | IOS Capital<br>PO Box 9115<br>Macon, GA 31208-9115 | Insulation Technologies, Inc.<br>Troy M. Dugas<br>19349 N. Twelfth Street<br>Covington, LA 70434 |
| Ionics, Inc.<br>Attn: D.E. McKenney<br>65 Grove Street<br>Watertown, MA 02472 | Isadore Sutton<br>c/o Harrey E. Cantrell, Jr.<br>1100 Poydras Street, Suite 2900<br>New Orleans, LA 70163-2900 | Koch Glitsch, Inc.<br>4900 Singleton Blvd.<br>Dallas, TX 75212 |
| LA Depart. Environmental Quality<br>c/o Ann C. Coco<br>Office of Secretary Legal Affairs<br>PO Box 82282<br>Baton Rouge, LA 70882-0236 | LaPlace Equipment Company, Inc.<br>167 Jaubert Lane<br>LaPlace, LA 70068 | Lab Safety Supply, Inc.<br>401 S. Wright Road<br>Janesville, Wi 53546-8729 |
| Mannings USA, Inc.<br>Ardith Riazanow<br>200 Richards Avenue<br>Dover, NJ 07801 | National Union Fire Insurance<br>Michelle A. Levitt<br>70 Pine Street, 31st Floor<br>New York, NY 10270 | Norwell Equipment d/b/a Tristar<br>PO Box 15869<br>Baton Rouge, LA 70895 |

| | | |
|---|---|---|
| Old Dominion Freight Line, Inc.<br>PO Box 2006<br>High Point, NC 27261-2006 | Overhead Underground Electric Supply<br>c/o Wayne T. Crochet<br>1905 Hickory Avenue<br>Harahan, LA 70123 | Pat Tank, Inc.<br>PO Box 2786<br>Port Arthur, TX 77640 |
| Point to Point Communications, Inc.<br>PO Box 91878<br>Lafayette, LA 70509 | Premier Equipment Corp.<br>PO Box 15203<br>Baton Rouge, LA 70895 | Productioneered Parts Corp.<br>PO Box 8968<br>The Woodlands, TX 77387 |
| RTL Corporation<br>c/o Gregory A. Miller<br>PO Box 190<br>Norco, LA 70079 | Ralphs of Lafayette, Inc. d/b/a<br>Ralphs Industrial Electric<br>PO Drawer R<br>Lafayette, LA 70502-8018 | Rental Service Corporation<br>c/o Kent Walston<br>2901 Turtle Creek Drive, Suite 105<br>Port Arthur, TX 77642 |
| River Consulting, Inc.<br>3500 N. Causeway, Suite 210<br>Metairie, LA 70002 | Roger David Johnson<br>2661 Hyman Place<br>New Orleans, LA 70131 | Scioneaux, Inc.<br>643 Central Avenue<br>Reserve, LA 70084 |
| Shook Hardy & Bacon LLP<br>1200 Main Street<br>Kansas City, MO 64105 | Siemens Westinghouse Power Corp.<br>4400 Alafaya Trail<br>Orlando, FL 32826-2399 | Smithco Engineering, Inc.<br>Dept. 215<br>Tulsa, OK 74182 |
| Specialty Alloys, Inc.<br>c/o Kirsten B. David<br>6513 Perkins Road<br>Baton Rouge, LA 70808 | State of Louisiana<br>Dept. of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896 | Sunbelt Supply, Inc.<br>Lydia Jackson<br>PO Box 85<br>Houston, TX 77001 |
| T&T Leasing<br>c/o D. Michael Dendy<br>901 Derbigny Street<br>Gretna, LA 70054 | Wilbur E. Hooks, Asst. Director<br>Tennessee Dept. of Revenue<br>Andrew Jackson State Office Building<br>4th Floor<br>Nashville, TX 37242 | Tex Fab, Inc.<br>c/o Gibbs & Bruns<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002 |
| The Cecil Doyle Co., Inc.<br>PO Box 15608<br>Baton Rouge, LA 70895 | The DE Stearns Company<br>PO Box 3456<br>Shreveport, LA 71133 | Thermetrics Maveric Corporation<br>d/b/a Daily Thermetrics<br>5728 Hartsdale Drive<br>Houston, TX 77036 |
| Thurmond Aylor<br>c/o Daryl J. Daigle<br>730 Camp Street<br>New Orleans, LA 70130 | United States Coast Guard<br>Lt. Daniel Kelleher<br>Coast Guard Island, Building 54C<br>Alameda, CA 94501-5100 | Universal Technical Services<br>909 W. Esplanade Avenue, Suite 108<br>Kenner, LA 70065 |
| Woodward Governor Company<br>PO Box 1519<br>Fort Collins, CO 80522-1519 | Yuba Heat Transfer Division of<br>Connell Limited Partnership<br>Box 3158<br>Tulsa, OK 74101 | Zurich American Insurance Company<br>c/o Margaret M. Anderson<br>115 S. LaSalle Street<br>Chicago, IL 60603 |